United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mediterranea di Navigazone SpA, § | |
| § | CIVIL ACTION NO.: 4:22-mc-00460 |
| Plaintiff, § | |
| § | |
| v. § | IN ADMIRALTY, Rule 9(h) |
| § | |
| SGR Energy, Inc., et al., § | |
| § | |
| Defendants and Garnishees. § | |

## ORDER

Plaintiff, having moved for an Order appointing VeriServe Solutions, Inc., 11200 Broadway St., Ste. 2743, Pearland, Texas 77584, to serve the post-judgment writ of garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that VeriServe Solutions, Inc. be and hereby is, appointed to serve the Post-Judgment Writ of Garnishment, and a copy of the Application Post-Judgment Writ of Garnishment Against Woodforest National Bank as issued in this case.

DONE AND ORDERED this 30th day of March 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE